

U.S. Department of Justice
*United States Attorney*
*Southern District of Florida*

500 S Australian Avenue
Fourth Floor
Economic Crimes Section
West Palm Beach, Florida  33401

July 9, 2025

Mr. Jones Jules
77098 Crosscut Way
Yulee, FL  32097

25mj8416 WM

**Via Hand Delivery**

Dear Mr. Jules:

      This letter is to notify you that you are a target of a federal grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, offenses relating to wire fraud stemming from fraudulent PPP and EIDL loans.

      If you have retained counsel, please have him or her contact me regarding this matter. If you have not, I urge you to do so, and to ask your attorney to contact me regarding this matter.

      If you are unable to afford counsel, you may, under certain circumstances, be entitled to court-appointed counsel at no cost. If this is the case, I encourage you to contact me at the telephone number below for the limited purpose of arranging a hearing before a judicial officer to inquire into your eligibility to have counsel appointed at no cost to you.

Sincerely,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   */s/ Shannon Shaw*
      Shannon Shaw
      Assistant United States Attorney
      FL Bar No. 92806
      500 S Australian Avenue
      West Palm Beach, FL 33401
      Tel: (561) 209-1036